# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1277.  KATHY THOMAS v. PRESTIGE FINANCIAL SERVICES, INC.**

   Prestige Financial Services, Inc. sued Kathy Thomas in magistrate court. The magistrate court entered judgment in favor of Thomas, and Prestige appealed to the state court. Following a de novo review, the state court entered judgment in favor of Prestige. Thomas now appeals directly to this Court, but we lack jurisdiction.

   Because the state court's order is a de novo ruling on appeal from a magistrate court decision, Thomas was required to follow the discretionary appeal procedure to obtain review in this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Her failure to follow the discretionary appeal procedure deprives us of jurisdiction to review the case. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  02/08/2019*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*